## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Kathy
Last Name: Hochul
Shield #:
Current Job Title (or other identifying information): Governor of NYS
Current Work Address
County, City: Erie, Buffalo
State: NY
Zip Code:

**Defendant 2:**
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Erie county commissioner of corrections
Current Work Address
County, City: Erie, Buffalo
State: NY
Zip Code:

**Defendant 3:**
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Deputy sheriff of Erie county
Current Work Address
County, City: Erie, Buffalo
State: NY
Zip Code:

**Defendant 4:**
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Assistant Deputy Sheriff of Erie county
Current Work Address
County, City: Erie, Buffalo
State: NY
Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Erie County Holding center / Echo Dorm / Foxcest / echo Long

Date(s) of occurrence: on or around August 19th 2023 to Febuary 12th 2024

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was Arrested a brought to the ECHC on August 19th 2023. I was refused proper Higene and was forced to remain in underwear that I was Arrested in for my whole time in the ECHC. I then was given a Dirty towel upon my intake at the ECHC on Aug 19th/2023 and again was forced to use towel for my full time at the ECHC. I was given 1 t-shirt 1 pair pants and was only given fresh change clothes once per week which Ive sufferd from rashes and bumps over my body Due to lack of cleanlyness. On Echo Dorm in the ECHC Ive suffered Breathing problems Due to windows being full of Dust and grime windows where left open during winter months and was not givin any blanket to keep warm. the ceilings in Echo Dorm in the ECHC Leak rust colored water almost Daily which made the Air Hard to Breath. the mold and mildue in the showers on Echo Dorm in the ECHC which the water was cold I was prevented from my Daily Higne rautine Daily. Walls Leak rust colored liquid and would flood floors

ECHC Has made copies of my Legal and personal mail on several occasions and was forced to agree or not get any mail from my Attorney or any personal mail. All copies made with the ECHC copy machine in fact possess a memory card that stores tightly private and case related material. Which is in violation of my rights of Attorney client privlege.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Rashes, bumps on skin, Difficulty Breathing at times, Mental Anguish, Anxiety, Depression, Congestion, Stress

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I am asking $3,000,000 in personal Under the circumstances of Cruel and Unusal punishment, Neglect, Blantent Disregard of Attorney client privledge and lack of proper medical treatment and care. Failure of the Sheriffs Dept. to submit Any or All of Handle in grievances. Under 5th, 8th and 14th Amendment constitutional Jurisprudence for; Failure to provide a safe, secure, health enviroment for detainees. Deliberate indifference, Careless disregard for Religous and Human rights of those detained within City Penal system. Failure to properly supervise, protect, inspect and create a policy or enforce that routinely provides the proper Attention these issues Address. All are Sued in Individual, offical capacity Health prison condition
I am also asking 6,000,000 in punitive Damages.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4/12/2024
Dated

Plaintiff's Signature

Justin    D.    Wesolek
First Name    Middle Initial    Last Name

~~750 Berne Rd.~~   ~~P.O. Box 800~~   9300 Lake Avenue, Brocton
Prison Address

~~Attorded~~ Chautauqua    ~~AK~~ NY    ~~12458~~ 14716
County, City    State    Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

# IV. DEFENDANT INFORMATION.

Defendant 5:
    John      Doe
    *First Name*      *Last Name*

Erie County Holding Center Maintnce Dept.
*Current Job Title*

_____
*Current Work Address*

Erie, Buffalo      NY      _____
*County, City*      *State*      *zipcode*

Defendant 6:
    John      Doe
    *First Name*      *Last Name*

Erie County Holding Center plumbing Dept.
*Current Job Title*

_____
*Current Work Address*

Erie, Buffalo      NY      _____
*County, City*      *State*      *zipcode*

Defendant 7:
    John      Doe
    *First Name*      *Last Name*

Erie County Holding Center Dorm Deputy
*Current Job Title*

_____
*Current Work Address*

Erie, Buffalo      NY      _____
*County, City*      *State*      *zipcode*

Defendant 8:
    John      Doe
    *First Name*      *Last Name*

Erie County Holding Center Health and Safety Dept.
*Current Job Title*

_____
*Current Work Address*

Erie, Buffalo      NY      _____
*County, City*      *State*      *zipcode*

# IV. DEFENDANT INFORMATION

**Defendant 9:**

John (First Name)   Doe (Last Name)

Grievance Cordinator (Current Job Title)

_____ (Current Work Address)

Erie, Buffalo (County, City)   NY (State)   _____ (zipcode)

**Defendant 10:**

John (First Name)   Doe (Last Name)

Law Library of Erie county Holding center (Current Job Title)

_____ (Current Work Address)

Erie, Buffalo (County, City)   NY (State)   _____ (zipcode)

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Justin          .D          Wesolek
First Name     Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Erie County Holding Center   ICN#143453/24B0652
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

9300 Lake Avenue P.O Box T Brocton, NY 14716
Current Place of Detention

Lakeview Shock 9300 Lake Avenue, Brocton, NY, 14716
Institutional Address

Chautauqua              NY              14716
County, City            State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

Justin Wesolek
D.in#24B0652
9300 Lake Ave
Brocton, NY 14716



RECEIVED
MAY 06 2024
U.S.D.C.
W.P.

7019 2280 0001 2422 9535

CERTIFIED MAIL

Clerk of Court US District Court
Charles L. Brieant JR.
300 Quarropas St.
White Plains, NY 10601