Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JUSTIN WESOLEK,

v.

Plaintiff,

ERIE COUNTY HOLDING
CENTER, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-6340

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk of Court shall administratively terminate this action.

Date: June 12, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
     Deputy Clerk